## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA. : No. 805 MAL 2014
                                              :

         Respondent        : Petition for Allowance of Appeal from the
                                                : Order of the Superior Court

                v.                    :

ERNEST MORRIS,                 :

         Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Application for Leave to File Post-Submission Communication and the Petition for Allowance of Appeal are hereby **DENIED**.